**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CARY BARNETT,

              Petitioner,

     v.

WARDEN ROBERT FOX,

              Respondent.

**Case No. CV 16-02362 JLS (RAO)**

**JUDGMENT**

    Pursuant to the Court's contemporaneously issued Memorandum and Order Summarily Dismissing Action, IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  November 30, 2016

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE